[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 1262.]

MICHAEL, SUCCESSOR ADMR., APPELLANT, *v.* RELIANCE NATIONAL INSURANCE COMPANY, APPELLEE.

[Cite as *Michael v. Reliance Natl. Ins. Co.*, 2001-Ohio-78.]

*Appeal dismissed as improvidently allowed.*

(No. 00-1323—Submitted March 28, 2001—Decided May 16, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-1002.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

————————————

**COOK, J., dissenting.**

{¶ 2} Because I would affirm the judgment of the court of appeals, I respectfully dissent.

MOYER, C.J., concurs in the foregoing dissenting opinion.

————————————

*Lamkin, Van Eman, Trimble, Beals & Rourke* and *Michael J. Rourke*, for appellant.

*Wiles, Boyle, Burkholder & Bringardner Co., L.P.A., Jay B. Eggspuehler* and *Samuel M. Pipino*, for appellee.

*Elk & Elk Co., L.P.A.,* and *Todd O. Rosenberg,* urging reversal for *amicus curiae* Ohio Academy of Trial Lawyers.

————————————